UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD TOSH JACKSON,<br><br>               Petitioner,<br><br>     v.<br><br>DEAN BORDERS,<br><br>               Respondent. | Case No. CV 18-3798 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), including the supporting memorandum and exhibits, and all of the records herein, including the June 14, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice because petitioner's claims are barred by the statute of limitations, and that Judgment be entered accordingly.

///

///

| | |
|---|---|
| 1 |      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the |
| 2 | Report and Recommendation, and the Judgment herein on petitioner and any |
| 3 | counsel for respondent. |
| 4 |      IT IS SO ORDERED. |
| 5 | |
| 6 |      DATED: July 20, 2018 |
| 7 | |
| 8 |                                       _____ |
| 9 |                                       HONORABLE JAMES V. SELNA<br>                                      UNITED STATES DISTRICT JUDGE |