JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD TOSH JACKSON, | ) | Case No. CV 18-3798 JVS(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEAN BORDERS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: July 20, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE